# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JENNA HARPER, derivatively on behalf of T-MOBILE US, INC., | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 253, 2024 |
| Plaintiff-Below, Appellant, | | |
| v. | | Court Below:  Court of Chancery of the State of Delaware |
| G. MICHAEL SIEVERT, TIMOTHEUS HÖTTGES, MARCELO CLAURE, SRIKANT M. DATAR, SRINIVASAN GOPALAN, CHRISTIAN P. ILLEK, RAPHAEL KÜBLER, LETITIA A. LONG, THORSTEN LANGHEIM, DOMINIQUE LEROY, TERESA A. TAYLOR, KELVIN R. WESTBROOK, BAVAN HOLLOWAY, MICHAEL WILKENS, OMAR TAZI, LAWRENCE H. GUFFEY, AND RONALD FISHER, | | C.A. No.: 2022-0819 |
| Defendants-Below, Appellees, | | |
| and | | |
| T-MOBILE US, INC., | | |
| Nominal Defendant-Below, Appellee. | | |

Submitted:  January 29, 2025
Decided:    February 17, 2025

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices, constituting the Court *en Banc*.

## <u>ORDER</u>

This 17th day of February, 2025, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the May 31, 2024 Memorandum Opinion, and the June 12, 2024 Order Granting Defendants' Motion to Dismiss.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice